**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 96-2789**

—————————

NEIL PETROV,

                              Plaintiff - Appellant,

        versus

ALLIEDSIGNAL, INCORPORATED; ALLIEDSIGNAL TECH-
NICAL SERVICES CORPORATION,

                              Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
95-3846-DKC)

—————————

Submitted:  February 27, 1997       Decided:  March 10, 1997

—————————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Neil Petrov, Appellant Pro Se.  Stanley Mazaroff, VENABLE, BAETJER
& HOWARD, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendants in this action alleging employment discrimination and failure to pay wages and benefits upon termination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Petrov v. AlliedSignal, Inc., No. CA-95-3846-DKC (D. Md. Nov. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED